IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AFSHEEN KHAN,<br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHARDSON and DALLAS COUNTY,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:25-cv-01169-B |

**<u>DEFENDANT THE CITY OF RICHARDSON, TEXAS' RULE 12(B)(6) MOTION TO DISMISS</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, the City of Richardson, Texas (the "City"), one of the named Defendants in the above-entitled and numbered civil action, and makes and files this Rule 12(b)(6) Motion to Dismiss. In accordance with Local Rule 7.2, the City's Brief in Support of its Rule 12(b)(6) Motion to Dismiss is filed contemporaneously herewith.

Respectfully submitted,

*/s/ D. Randall Montgomery*

---

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ALYSSA M. BARRENECHE**
State Bar No. 24040607
*abarreneche@drmlawyers.com*
**D. RANDALL MONTGOMERY
   & ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Telecopy)

**ATTORNEYS FOR
THE CITY OF RICHARDSON, TEXAS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on this the   11th    day of July, 2025.

                                  */s/ D. Randall Montgomery*

                                  **D. RANDALL MONTGOMERY**